UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM ARCE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>- against -<br><br>TRAVEL GUARD GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and UNITED AIRLINES, INC.,<br><br>                    Defendants. | Case No. 2:21-cv-11741<br><br>(Vazquez, J.)<br><br>Return Date: August 16, 2021<br><br>**AIG'S MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on August 16, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for defendants Travel Guard Group, Inc. ("Travel Guard") and National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union")[1] will move before the Honorable John Michael Vazquez pursuant to Fed R. Civ. P. 12(b)(1) and 12(b)(6) for the entry of an Order dismissing the Class Action Complaint and Jury Demand of Plaintiff William Arce; and

---

[1] Pursuant to Local Civil Rule 10.1(a), the address of Travel Guard's principal place of business is 3300 Business Park Dr., Stevens Point, Wisconsin 54482, and the address of National Union's principal place of business is 1271 Avenue of the Americas, New York, New York 10020.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's time to file an opposition shall extend through and including August 2, 2021 and Travel Guard and National Union's time to reply to Plaintiff's opposition, if any, shall extend through and including August 9, 2021; and

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Travel Guard and National Union shall rely upon the Memorandum of Law and Declaration of Carlos F. Ortiz filed herewith, and all prior pleadings in this action; and

**PLEASE TAKE FURTHER NOTICE** that at that time and place aforesaid, Travel Guard and National Union will request that the proposed form of Order submitted herewith be entered by the Court.

Dated: New York, New York
July 20, 2021

/s/ *Carlos F. Ortiz*
Carlos F. Ortiz
Jane M. Byrne (*pro hac vice* pending)
Guyon H. Knight (*pro hac vice* pending)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
(212) 547-5400
cortiz@mwe.com
jbyrne@mwe.com
gknight@mwe.com

*Attorneys for Defendants Travel Guard Group, Inc. and National Union Fire Insurance Company of Pittsburgh, Pa.*

## CERTIFICATE OF SERVICE

I, Carlos F. Ortiz, hereby certify that I served a copy of the foregoing document electronically using the Court's ECF System.

/s/ *Carlos F. Ortiz*
Carlos F. Ortiz