IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM ARCE, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>TRAVEL GUARD GROUP, INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and UNITED AIRLINES, INC.,<br><br>       Defendants. | CASE NO. 21-cv-11741 (JMV)(MF)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff William Arce ("Plaintiff") hereby dismisses this action without prejudice.

Dated: August 18, 2021

                                    Respectfully submitted,

                                    **BURSOR & FISHER, P.A.**

                                    By:   */s/ Yitzchak Kopel*
                                              Yitzchak Kopel

Yitzchak Kopel
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

*Attorneys for Plaintiff*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 8/18/21